≫AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

3M Company and 3M Innovative Properties Company

V.

Sperian Protection Americas, Inc. and Sperian Respiratory Protection USA, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-2095 ADM/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. All claims asserted by 3M against Sperian in the above-captioned action are dismissed without prejudice;
2. All claims (whether styled as "counterclaims" or otherwise) asserted by Sperian against 3M in the above-captioned action are dismissed without prejudice; and
3. Each of the Parties shall bear its own costs.

| August 22, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)  A. Linner  Deputy Clerk |